UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MR. ALDEN THOMAS, SR.,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>DOMINGO URIBE, JR., WARDEN,<br><br>　　　　Respondent. | )<br>)<br>) Case No. CV 11-8166 DSF (AJW)<br>)<br>)<br>) ORDER ACCEPTING REPORT AND<br>) RECOMMENDATION OF<br>) MAGISTRATE JUDGE<br>)<br>) |

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report"), and petitioner's objections. The Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a <u>de novo</u> determination of the portions to which objections were directed.

　　　　2/6/12

　DATED: _____

　　　　　　　　　　　　　　　　　　　　*Dale S. Fischer*

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　　　　　United States District Judge