1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                       CENTRAL DISTRICT OF CALIFORNIA

10                            WESTERN DIVISION

11
MR. ALDEN THOMS, SR.,            )   CASE NO. CV 11-8166-DSF(AJW)
12                              )
                Petitioner,     )
13                              )   JUDGMENT
        v.                      )
14                              )
DOMINGO URIBE, JR., Warden,      )
15                              )
                Respondent.     )
16 _____)

17

18      It is hereby adjudged that the petition for a writ of habeas

19 corpus is denied.

20                    2/6/12
   Dated: _____
21

22                              _____
23                              Dale S. Fischer
                                United States District Judge
24

25

26

27

28