UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MR. ALDEN THOMS, SR., | CASE NO. CV 11-8166-DSF(AJW) |
|     Petitioner, | |
|         v. | JUDGMENT |
| DOMINGO URIBE, JR., Warden, | |
|     Respondent. | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: 2/6/12

_____
Dale S. Fischer
United States District Judge